UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

MICHAEL BAYNES,                )
                               )
         Petitioner            )
                               )
v.                             )     Case No. 1:11-cv-03708-LSC-HGD
                               )
JOHN T. RATHMAN,               )
                               )
         Respondent            )

## MEMORANDUM OPINION

On August 9, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On August 15, 2012, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

Done this 23rd day of August 2012.

---
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
160704